IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| CHRISTOPHER M. WILEY | § | PLAINTIFF |
| --- | --- | --- |
| | § | |
| v. | § | Civil No. 1:08CV214-HSO-RHW |
| | § | |
| STATE FARM FIRE AND | § | |
| CASUALTY COMPANY | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Motion [21-1] for Summary Judgment filed by Defendant State Farm Fire and Casualty Company and the Motion [36-1] for Reconsideration filed by Plaintiff. The Court, after a full review and consideration of the pleadings on file, the record, and the relevant legal authorities, finds that in accord with its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 56, and that Plaintiff's case against Defendant is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 3rd day of February, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE